FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 0 2 2017

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID KEEN
   Plaintiff

vs.                     No. 5:16-cv-0335 JLH-JTK

RAJK FRY, LLC, d/b/a TASC
   Defendant

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this the 2nd day of June, 2017, the Plaintiff, David Keen, and the Defendant, RAJK Fry, LLC, d/b/a TASC, by and through their respective attorneys, came before the Court and jointly moved the Court to dismiss this matter and all claims asserted herein with prejudice based upon a completed compromise and settlement as to all issues.

IT IS THEREFORE ORDERED that each party shall be responsible for its own costs, its own expenses and its own attorney's fees incurred in connection with this litigation and its underlying subject matter; that all relief requested or which could have been requested herein by any party against any other party which is not specifically granted is hereby DENIED; and that Plaintiff's complaint and this entire action, shall be and hereby is dismissed with prejudice.

_____
Presiding Judge

Approved as to Form and Content:

_____       _____
Jeffrey D. Wood, Attorney for Plaintiff     William G. Bullock, Attorney for Defendant

1